**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF MARYLAND**

|  |  |
|---|---|
| Traci Ogar, | Civil Action No.: 1:09-cv-2647 |
| Plaintiff, | |
| v. | |
| Diversified Consultants, Inc., | |
| Defendant. | |

**NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY**
**DISMISSAL OF ACTION WITH PREJUDICE**
**PURSUANT TO RULE 41(A)**

Plaintiff, Traci Ogar, by her attorney, hereby withdraws her complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(A).

Dated: February 16, 2010

Respectfully submitted,

By: /s/ Forrest E. Mays

Forrest E. Mays (Bar No. 07510)
2341 N Forrest Drive, Suite 90
Annapolis, MD 21403
Telephone: (410) 267-6297
Facsimile: (410) 267-6234
Email: mayslaw@mac.com
MD Bar No. 07510

Of Counsel To
LEMBERG & ASSOCIATES L.L.C.
A Connecticut Law Firm
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile: (877) 795-3666